JUDGE PATTERSON

08 CV 4904

Kenneth I. Schacter
Derek Care
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022
Telephone: 212.705.7000
Facsimile: 212.752.5378
kenneth.schacter@bingham.com

*Attorneys for Plaintiff Ballet Jewels LLC*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

BALLET JEWELS LLC,

           Plaintiff,

    -against-

UT FREIGHT SERVICE (USA) LTD. and
UT FREIGHT FORWARDERS LTD.,

           Defendants.

08 Civ.

COMPLAINT

JURY TRIAL DEMAND


RECEIVED
MAY 28 2008
U.S.D.C. S.D.N.Y.
CASHIERS

      Plaintiff Ballet Jewels LLC ("Ballet"), by its attorneys, Bingham McCutchen LLP, for its

Complaint herein alleges as follows:

## <u>NATURE OF THE ACTION</u>

    1.    This is an action for fraud, breach of contract, unjust enrichment and *quantum*

*meruit* against UT Freight Service (USA) Ltd. ("UT Freight USA") and UT Freight Forwarders

Ltd. ("UT Freight Forwarders") (collectively, "Defendants").

    2.    Defendants have actively perpetuated a massive fraud against Ballet, from which

they derived significant benefits and were unjustly enriched at Ballet's expense.  The fraud

consisted of intentionally overstating the weight of shipments made on Ballet's behalf in order to increase the air freight charges paid to Defendants by Ballet.

3.     Defendants served as freight forwarder for Ballet for more than 10 years.  Ballet is a leading designer, importer and marketer of costume jewelry sold to leading retailers throughout the United States.  Most of Ballet's jewelry is now manufactured in China and India and shipped to the United States by air freight.  As Ballet's principal freight forwarder for years, Defendants arranged to ship Ballet's products from manufacturers overseas to Ballet's warehouse in New Jersey.  In the past three years alone, Ballet paid defendants approximately $2.7 million in 2005, $5.4 million in 2006 and $4.4 million in 2007 for these freight services.

4.     In 2007, Ballet discovered that Defendants knowingly and intentionally have been overstating the weight of the goods they shipped on Ballet's behalf in order to inflate the air freight charges in invoices that Defendants submitted to Ballet and that Ballet paid in reliance on the accuracy of the invoices.  Specifically, for more than 700 invoices submitted by Defendants to Ballet which Ballet has thus far examined, the shipment weight and corresponding air freight charge (which are calculated on the basis of the alleged weight) were, on average, approximately 13% greater than the actual weight of those shipments.  These misrepresentations as to the weight and the corresponding air freight charges were knowingly and intentionally false, and were intended to induce and did induce Ballet's overpayment of such charges in an amount exceeding $1,360,000 for just the two-year period from September 2005 to August 2007.  Upon information and belief, Defendants' scheme to defraud Ballet by inflating the alleged weight of the goods they shipped on Ballet's behalf was not limited to this period.  Upon completion of

2

further investigation, Ballet believes that it will uncover more evidence of substantial overcharging of Ballet by Defendants during the term of their business relationship.

## PARTIES

5.    Plaintiff Ballet is a limited liability company organized under the laws of the State of Delaware, with its principal place of business in Kearny, New Jersey.  Ballet also maintains an office within the Southern District of New York.

6.    Defendant UT Freight USA is a corporation organized under the laws of the State of New York, with its principal place of business in Jamaica, New York.

7.    Defendant UT Freight Forwarders is a corporation organized under the laws of the State of New York with its principal place of business in Jamaica, New York.

## JURISDICTION AND VENUE

8.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a)(1) in that the parties are citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

9.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(a)(1)-(3) and 1391(c).

## FACTUAL ALLEGATIONS

10.    Ballet is a designer and distributor of costume jewelry, including metal, plastic and glass necklaces, earrings and bracelets (the "Merchandise").   Ballet designs and then

3

A/72540307.1

imports Merchandise from contract manufacturers in countries including China, and distributes the Merchandise to retail stores throughout the United States.

11.    In or about the early 1990's, Ballet engaged Defendants to act as its freight forwarder in connection with Ballet's importation of Merchandise manufactured overseas.

12.    In their capacity as freight forwarder for Ballet, Defendants took possession of shipments of Merchandise from manufacturers overseas, arranged for air transport of shipments to the United States, received the shipments after those shipments passed through United States customs, and either delivered the shipments to Ballet or transferred them to ground couriers for delivery to Ballet.

13.    For each shipment, Ballet received from Defendants an invoice listing the contents and weight (in kilograms) of the shipment, as well as the air freight and other charges purportedly owed to Defendants. The air freight charges were calculated on the basis of the weight of the shipment. A copy of a sample invoice rendered by Defendants to Ballet (dated February 13, 2007) is attached hereto as Exhibit A.

14.    Separately, Ballet also received from each Merchandise manufacturer a copy of the packing slip for each shipment. Among other things, these packing slips described the contents, weight (in kilograms) and cost of the shipments. A copy of a sample packing slip from one of Ballet's manufacturers which corresponds to Exhibit A (dated February 3, 2007) is attached hereto as Exhibit B.

4

15.    From September 2005 through August 2007, Defendants issued more than 1,200 invoices to Ballet for freight forwarding services performed in connection with the import of Merchandise from China.

16.    In or about May 2007, Ballet first observed that the amounts billed by Defendants for their freight forwarding services exceeded the anticipated costs of such services. Initially, Ballet reviewed a few invoices from Defendants and noted that the shipping weight on the invoices was higher than on the corresponding packing slips. Defendants explained that these were isolated errors and offered a small credit to Ballet. Based on Defendants' statements, Ballet initially believed that the billing discrepancies were unintentional.

17.    Ballet and its consultants thereafter conducted an intensive review of approximately 1,262 invoices issued by Defendants to Ballet during the period September 2005 to August 2007 (the "Review Period"). As part of this review, Ballet compared the shipment weights listed on Defendants' invoices against those listed on the corresponding manufacturers' packing slips. To perform this review, Ballet retained the services of a consulting firm with substantial expertise in analysis of shipping costs. The consultants were able to locate and match up approximately 770 invoices of the approximately 1,262 invoices rendered by Defendants during the Review Period with their corresponding packing slips. To date, Ballet has paid this consulting firm in excess of $100,000 for its work on this review.

18.    Based on their review of a majority of the invoices sent to Ballet for the Review Period, Ballet and its consultants determined that Defendants' invoices consistently overstated shipping weights as compared to those listed on the corresponding manufacturers' packing slips.

5

19.     Specifically, Ballet and its consultants found that the weights listed on the invoices were, on average, 13% greater than those provided on the manufacturer's packing slips. As a result, the shipping charges on these invoices alone were overstated by approximately $680,000. Based on these figures, Ballet estimates that Defendants overcharged Ballet by at least $1,360,000 during the Review Period – an amount which does not include any overcharges which may have occurred prior to the Review Period.

20.     By way of example, in the case of one such shipment – a shipment of 1,373 cartons in February 2007 – the manufacturer, Style Plus Design Ltd., listed the gross weight of the shipment on the packing slip as 14,954.5 kilograms. Exhibit B at 7. In the corresponding invoice for shipping the same goods, Defendants listed the gross weight of the same shipment as 17,617 kilograms – 15% more than the weight provided by the manufacturer. Exhibit A at 1. To date, Ballet has uncovered hundreds of similarly inflated invoices.

21.     For the period December 2005 through May 2007, when Ballet first notified Defendants of its concerns about shipping charges, Defendants overcharged Ballet for shipping each and every month by between 9% and 18%, with overcharges generally increasing as time went on.

22.     In reliance upon the truth and accuracy of the shipping weight stated in the invoices rendered to it by Defendants, and without any knowledge that Defendants had intentionally manipulated the purported weights reflected on the invoices, Ballet overpaid Defendants during the Review Period by at least $1,360,000 – an amount which does not include

6

any overpayments which may have occurred prior to the Review Period. Ballet's investigation of the matter is continuing.

23.    In or about September 2007, Ballet ceased using Defendants' services and began using the services of another freight forwarder to import the Merchandise. In contrast to Defendants' billing practices, the new freight forwarder does not inflate the weight of the shipments in billing Ballet. To the contrary, the shipping weights indicated on the new freight forwarder's invoices match up closely with the shipping weights indicated on the manufacturers' packing slips.

### FIRST CLAIM FOR RELIEF
### (Fraud)

24.    Ballet repeats and realleges each and every allegation in paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25.    Defendants submitted at least 1,262 invoices to Ballet during the Review Period. Each contained a separate representation as to the purported weight of shipments of Merchandise for which Defendants acted as freight forwarder. The shipping charges reflected on these invoices were based on the inflated weight of these shipments.

26.    Virtually all of Defendants' representations concerning the weight of the shipments were false. These representations as to shipment weights were consistently in excess the true weight of the packages, as listed on the manufacturers' packing slips.

27.    Defendants knew their representations concerning the weight of the shipments were false when made, and intended by these representations to induce Ballet to overpay for Defendants' services.

28.    Ballet reasonably relied on Defendants' representations as to the weight of the shipments and the corresponding shipping charges owed to Defendants. On the basis of these representations, Ballet paid the inflated amounts demanded in Defendants' invoices. Ballet stopped paying Defendants' inflated invoices only in mid-2007, when it became suspicious of Defendants' billing practices.

29.    As a result of the intentional misrepresentations of the shipment weights in Defendants' invoices, Ballet has suffered substantial damages in a sum to be determined at trial but believed to exceed $1,360,000, plus interest and expenses.

30.    In performing these actions as alleged herein, Defendants acted wantonly, maliciously, recklessly and in bad faith, causing injury to Ballet. Ballet is therefore entitled to recover punitive damages in an amount sufficient to punish and deter such conduct in the future.

## SECOND CLAIM FOR RELIEF
### (Breach of Contract)

31.    Ballet repeats and realleges each and every allegation in paragraphs 1 through 30 of this Complaint as if fully set forth herein.

32.    Ballet engaged Defendants to perform freight forwarding services on its behalf.

8

33.    Defendants agreed to charge Ballet, and Ballet agreed to pay Defendants, air freight charges for shipping the Merchandise that were based on the actual weight of the packages that were shipped (the "Shipping Agreement").

34.    Ballet complied with all of its obligations under the Shipping Agreement.

35.    Instead of charging Ballet at the agreed-upon rate based on the actual weight of the packages that were shipped, Defendants overcharged Ballet by artificially inflating the purported weights of the packages it shipped, all in breach of the Shipping Agreement.

36.    Ballet has been damaged as a result of Defendants' breach of the Shipping Agreement in a sum to be determined at trial but believed to exceed $1,360,000, plus interest and expenses.

### THIRD CLAIM FOR RELIEF
### (Unjust Enrichment)

37.    Ballet repeats and realleges each and every allegation in paragraphs 1 through 36 of this Complaint as if fully set forth herein.

38.    In reliance upon Defendants' invoices, Ballet paid to Defendants shipping charges above and beyond those actually owed by Ballet based on the actual weight of the shipments.

39.    Ballet's overpayments benefited the Defendants at Ballet's expense.

40.    In equity and good conscience, Defendants should not be permitted to retain the overpayments from Ballet.

9

41.    Accordingly, Ballet is entitled to recover from Defendants the amount of shipping charges that it overpaid to Defendants, in a sum to be determined at trial but believed to exceed $1,360,000, plus interest and expenses.

## FOURTH CLAIM FOR RELIEF
### (*Quantum Meruit*)

42.    Ballet repeats and realleges each and every allegation in paragraphs 1 through 41 of this Complaint as if fully set forth herein.

43.    In good faith reliance upon Defendants' invoices, Ballet paid to Defendants shipping charges above and beyond those legitimately owed based on the actual weight of the shipments of Merchandise.

44.    Defendants accepted Ballet's overpayments throughout the Review Period.

45.    Ballet expected to be billed based upon the actual weight of the shipments of Merchandise, and made payments on the invoices based on this expectation.

46.    Ballet would not have overpaid Defendants for their shipping services absent receipt of Defendants' invoices which misrepresented the weight of the shipments and demanded shipping charges above and beyond those legitimately owed.

47.    Accordingly, Ballet is entitled to receive from Defendants the amount Ballet overpaid to Defendants, in a sum to be determined at trial but believed to exceed $1,360,000, plus interest and expenses.

WHEREFORE, Ballet respectfully requests that the Court enter judgment in its favor and award it:

10

A/72540307.1

A.    Compensatory damages in an amount to be determined at trial but believed to exceed $1,360,000;

B.    Punitive or exemplary damages against Defendants, in an amount not less than $25,000,000;

C.    Recovery of expenses incurred by Ballet's consultants to investigate Defendants' billing fraud, which presently exceed $100,000;

D.    Interest at the legal rate;

E.    All legally allowable costs and attorneys' fees; and

F.    Such other and further relief as this Court deems just and proper.

Dated: New York, New York
       May 28, 2008

BINGHAM McCUTCHEN LLP

By: _____
       Kenneth I. Schacter
       Derek Care
       399 Park Avenue
       New York, NY 10022
       Telephone:  212.705.7000
       Facsimile:  212.752.5378
       kenneth.schacter@bingham.com

*Attorneys for Plaintiff Ballet Jewels LLC*

11

# EXHIBIT A

C 1347



UT FREIGHT SERVICE (U.S.A.) LTD FAXED
161-15 ROCKAWAY BLVD. ROOM 219
Jamaica, N.Y. 11434     FEB 15 2007
Phone:(718)656-6638, FAX:(718)712-5059

MAR 2 1 2007

By

## INVOICE

TO:BALLET JEWELS LLC
   77 South Hackensack Ave.
   BLDG. 12A, KEARNY,  N.J. 07032

INVOICE NO   : H020063
INVOICE DATE: 02/13/07

Lot NO       : SHA07010
MAWB NO      : 406-88879070
HAWB NO      : UTSHA070420
CTNS/WEIGHT  : 1373 /17617.0 KG

*Style Plus*

=========================================================
Description  of charges.          Amount.          78515.26
=========================================================

Air freight charges              74872.25

Import Service charges              30.00

Delivery charges

Duty                               350.11          5075/5200

Entry Charges                       70.00          3/14/07


REF#:STYLE
=========================================================
Total of this invoice:          US$  75322.36
=========================================================

THIS IS YOUR INVOICE, TERMS PAYABLE 15 DAYS FROM DATE OF INVOICE.

=========================================================
PLEASE RETURN PAYMENT WITH THIS PORTION, THANK YOU!
=========================================================
===============================CUT OFF HERE===============================

CHECK AMOUNT:_____     CHECK NBR:_____     RECEIVE DATE:_____
 ACCT NBR:BALLET        INVOICE NBR:H020063
 LOT NBR:SHA07010         HAWB NBR:UTSHA070420   INVOICE AMT:US$  75322.36

over 50⁻

need copy

# EXHIBIT B

# STYLE PLUS DESIGN LTD.

No.B6,LONG GANG RD,HE YE TANG INDUSTRY ZONE

IV    ZHEJIANG ,CHINA

EL.:06-579-5954533 FAX:86-579-5954577

INVOICE NO.: C134__

## PACKING LIST

CONSIGNEE    :  BALLET JEWELS LLC.
389 5TH AVE SUITE 1007
NEW YORK, NY 10016

DATE    2/3/2007
P/O NO.
PACK:

NOTIFY PARTY   :TAB  IMPORTS. INC.
77.SOUTH HACKENSACK AVENUE
BLDG 12 A&B KEARNY NJ07032
TEL:001-973-274-3000

HIPPED    : BY AIR TO NJ, USA

AYMENT TERM: T/T

| FRONT MARK | SIDE MARK |
|------------|-----------|
|            | PO#       |
| BALLET     | ITEM NO.: |
| PO#        | Q'TY:     |
| NEW YORK   | N.W.      |
| MADE IN CHINA | G.W.   |
|            | MEAS:     |

| ARTON NO. | PO# | ITEM NO. | QTY./CTN (SET) | TOTAL QTY. (SET) | N.W (KG) | G.W (KG) | MEAS (CBM) |
|-----------|-----|----------|----------------|------------------|----------|----------|------------|
| DESCRIPTION OF GOODS: PLASTIC / GLASS BEADS EARRING AND NECKLACES | | | | | | | |
| -3 | 59285 | 74649 | 252 | 8568 | 340 | 374 | 1.02 |
| 5 | 59285 | 074649 | 232 | 232 | 9 | 10 | 0.03 |
| 6-40 | 59286 | 074649 | 240 | 1200 | 50 | 55 | 0.15 |
| 1-48 | 58205 | 75156 | 144 | 1152 | 84 | 96 | 0.48 |
| 9 | 58205 | 75156 | 84 | 84 | 6 | 7.5 | 0.06 |
| 0-73 | 58204 | 75156 | 144 | 3456 | 252 | 288 | 1.44 |
| 4 | 58204 | 75156 | 156 | 156 | 11 | 12.5 | 0.06 |
| 5-98 | 58907 | 076399 | 200 | 4800 | 216 | 252 | 1.44 |
| 9-103 | 58369 | 076151 | 120 | 600 | 30 | 37.5 | 0.3 |
| 04 | 58369 | 076151 | 60 | 60 | 3 | 4 | 0.03 |
| 05-109 | 58369 | 076151 | 120 | 600 | 30 | 37.5 | 0.3 |
| 10 | 58369 | 076151 | 60 | 60 | 3 | 4 | 0.03 |
| 11-135 | 58906 | 076399 | 240 | 6000 | 275 | 312.5 | 1.5 |
| 36-160 | 58906 | 076399 | 240 | 6000 | 275 | 312.5 | 1.5 |
| 61-165 | 58258 | 075091 | 186 | 930 | 42.5 | 50 | 0.3 |
| 66 | 58258 | 075091 | 195 | 195 | 8.5 | 10 | 0.06 |
| 67-181 | 58780 | 072470 | 170 | 2550 | 135 | 150 | 0.45 |
| 82 | 58780 | 072470 | 169 | 169 | 9 | 10 | 0.03 |
| 83-216 | 58780 | 061097 | 84 | 2856 | 408 | 442 | 1.02 |
| 17 | 58780 | 061097 | 87 | 87 | 12 | 13 | 0.03 |
| 18-229 | 58780 | 076710 | 185 | 2220 | 120 | 132 | 0.36 |
| 30 | 58780 | 076710 | 173 | 173 | 10 | 11 | 0.36 |
| 31-245 | 58780 | 075779 | 150 | 2250 | 150 | 165 | 0.45 |
| 46 | 58780 | 075779 | 143 | 143 | 10 | 11 | 0.03 |
| 47-258 | 58780 | 075649 | 184 | 2208 | 204 | 222 | 0.72 |

| 273-293 | 58780 | 076400 | 124 | 2604 | 210 | 231 | 0.63 |
|---|---|---|---|---|---|---|---|
| 294 | 58780 | 076400 | 115 | 115 | 10 | 11 | 0.03 |
| 295-311 | 58780 | 077085 | 151 | 2567 | 170 | 187 | 0.51 |
| 31 | 58780 | 077085 | 152 | 152 | 10 | 11 | 0.03 |
| 313-326 | 58780 | 076107 | 213 | 2982 | 140 | 154 | 0.504 |
| 327 | 58780 | 076107 | 220 | 220 | 10 | 11 | 0.036 |
| 328-337 | 58908 | 076399 | 220 | 2200 | 10 | 11.5 | 0.6 |
| 338-344 | 58583 | 061102 | 180 | 1260 | 108.5 | 119 | 0.42 |
| 345 | 58583 | 06112 | 153 | 153 | 14 | 15.5 | 0.06 |
| 346-353 | 58592 | 75944 | 183 | 1464 | 100 | 112 | 0.48 |
| 354-359 | 58627 | 074295 | 600 | 3600 | 51 | 60 | 0.36 |
| 360-375 | 58627 | 075651 | 210 | 3360 | 136 | 160 | 0.96 |
| 376 | 58627 | 075651 | 240 | 240 | 9.5 | 11 | 0.06 |
| 377-405 | 58866 | 61283 | 132 | 3828 | 261 | 290 | 0.87 |
| 406 | 58866 | 61283 | 144 | 144 | 9 | 10 | 0.03 |
| 407-420 | 58866 | 76793 | 180 | 2520 | 112 | 126 | 0.42 |
| 421 | 58866 | 76793 | 138 | 138 | 5 | 6 | 0.022 |
| 422-423 | 58391 | 075687 | 146 | 292 | 21 | 24 | 0.12 |
| 424 | 58391 | 075872 | 148 | 148 | 10.5 | 12 | 0.06 |
| 425-428 | 58391 | 075687 | 165 | 660 | 34.5 | 49 | 0.18 |
| 429-430 | 58391 | 075687 | 146 | 292 | 21 | 24 | 0.12 |
| 431 | 58391 | 075687 | 148 | 148 | 10.5 | 12 | 0.06 |
| 32   3 | 58391 | 075687 | 146 | 292 | 21 | 24 | 0.12 |
| 34 | 58391 | 075687 | 148 | 148 | 10.5 | 12 | 0.06 |
| 35-436 | 58391 | 075687 | 146 | 292 | 21 | 24 | 0.12 |
| 37 | 58391 | 075687 | 148 | 148 | 10.5 | 12 | 0.06 |
| 38-439 | 58391 | 075687 | 146 | 292 | 21 | 24 | 0.12 |
| 40 | 58391 | 075687 | 148 | 148 | 10.5 | 12 | 0.06 |
| 41-442 | 58391 | 075687 | 146 | 292 | 21 | 24 | 0.12 |
| 43 | 58391 | 075687 | 148 | 148 | 10.5 | 12 | 0.06 |
| 44-447 | 58391 | 075687 | 165 | 660 | 46 | 52 | 0.24 |
| 48-451 | 58370 | 074452 | 165 | 660 | 36 | 40 | 0.12 |
| 52-455 | 58370 | 074452 | 165 | 660 | 36 | 40 | 0.12 |
| 56-459 | 58370 | 074453 | 165 | 660 | 36 | 40 | 0.12 |
| 60-469 | 58818 | 076467 | 60 | 600 | 25 | 40 | 0.6 |
| 70-479 | 58818 | 076468 | 60 | 600 | 25 | 40 | 0.6 |
| 80-518 | 59145 | 73390 | 90 | 3510 | 429 | 468 | 1.17 |
| 19 | 59145 | 73390 | 114 | 114 | 12 | 13 | 0.03 |
| 20-522 | 58224 | 076061 | 150 | 450 | 12 | 15 | 0.09 |
| 23-524 | 58390 | 74452 | 147 | 294 | 16 | 18 | 0.06 |
| 25 | 58390 | 74452 | 146 | 146 | 8 | 9 | 0.03 |
| 26   9 | 57922 | 76031 | 59 | 826 | 35 | 56 | 0.84 |
| 40 | 57922 | 76031 | 60 | 60 | 2.5 | 4 | 0.06 |
| 441-552 | 58816 | 076544 | 64 | 768 | 421 | 60 | 0.72 |
| 53 | 58816 | 076544 | 32 | 32 | 2 | 3 | 0.03 |
| 54-556 | 59087 | 073209 | 229 | 687 | 33 | 36 | 0.09 |
| 57-559 | 59087 | 073209 | 229 | 687 | 33 | 36 | 0.09 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 43-663 | 59423 | 076607 | 135 | 2835 | 294 | 325.5 | 1.02 |
| 64 | 59423 | 076607 | 90 | 90 | 10 | 11 | 0.03 |
| 65-681 | 59423 | 076607 | 135 | 2295 | 238 | 263.5 | 1.02 |
| 82 | 59423 | 076607 | 147 | 147 | 14.5 | 16 | 0.06 |
| 83-696 | 59423 | 076607 | 138 | 1932 | 203 | 224 | 0.84 |
| 97 | 59423 | 076607 | 117 | 117 | 12 | 13.5 | 0.06 |
| 98-711 | 59423 | 076607 | 132 | 1848 | 189 | 210 | 0.84 |
| 12 | 59423 | 076607 | 147 | 147 | 14.5 | 16 | 0.06 |
| 13-725 | 59423 | 076607 | 147 | 1911 | 162.5 | 182 | 0.78 |
| 26 | 59423 | 076607 | 63 | 63 | 4 | 5 | 0.03 |
| 27-739 | 59423 | 076607 | 147 | 1911 | 162.5 | 182 | 0.78 |
| 40 | 59423 | 076607 | 138 | 138 | 11.5 | 13 | 0.06 |
| 41-755 | 59237 | 75910 | 240 | 3600 | 135 | 150 | 0.45 |
| 56-757 | 59122 | 076811 | 822 | 1644 | 12 | 15 | 0.12 |
| 58-759 | 58371 | 076097 | 220 | 440 | 10 | 12 | 0.06 |
| 60-761 | 58371 | 076097 | 220 | 440 | 10 | 12 | 0.06 |
| 62-763 | 58371 | 076097 | 220 | 440 | 10 | 12 | 0.06 |
| 64-765 | 58389 | 76163 | 300 | 600 | 21 | 24 | 0.12 |
| 66-767 | 58693 | 74327 | 600 | 1200 | 20 | 22 | 0.06 |
| 58 | 58129 | 076398 | 240 | 240 | 12.5 | 14 | 0.06 |
| 59 | 58129 | 076398 | 240 | 240 | 12.5 | 14 | 0.06 |
| 70 | 58129 | 076398 | 240 | 240 | 12.5 | 14 | 0.06 |
| 71 | 58129 | 076398 | 288 | 288 | 12.5 | 14 | 0.06 |
| 72 | 58129 | 076398 | 240 | 240 | 12.5 | 14 | 0.06 |
| 73 | 58129 | 076398 | 230 | 230 | 12.5 | 14 | 0.06 |
| 74 | 58129 | 076398 | 106 | 106 | 9 | 10 | 0.03 |
| 75 | 57863 | 073501 | 340 | 340 | 8 | 9.5 | 0.06 |
| 76 | 57863 | 073501 | 320 | 320 | 8 | 9.5 | 0.06 |
| 77 | 57863 | 073501 | 240 | 240 | 7 | 8 | 0.036 |
| 78 | 57863 | 073501 | 240 | 240 | 7 | 8 | 0.036 |
| 79-780 | 59211 | 73390 | 120 | 240 | 30 | 32 | 0.06 |
| 81-785 | 59207 | 61097 | 72 | 360 | 50 | 55 | 0.15 |
| 86-790 | 59207 | 61097 | 72 | 360 | 50 | 55 | 0.15 |
| 91-792 | 58815 | 76815 | 180 | 360 | 11 | 12.5 | 0.12 |
| 93 | 58819 | 76189 | 360 | 360 | 7 | 8 | 0.03 |
| 94 | 58819 | 75614 | 300 | 300 | 5 | 6 | 0.03 |
| 95-811 | 58487 | 076816 | 217 | 3689 | 187 | 204 | 0.51 |
| 12 | 58487 | 076816 | 211 | 211 | 11 | 12 | 0.03 |
| 13-820 | 58870 | 074932 | 126 | 1008 | 56 | 64 | 0.24 |
| 21 | 58870 | 074932 | 138 | 138 | 7 | 8 | 0.03 |
| 22 | 58483 | 073390 | 152 | 152 | 8 | 9 | 0.022 |
| 23 | 58813 | 076485 | 360 | 360 | 8 | 9 | 0.03 |
| 24-826 | 58813 | 076816 | 120 | 360 | 8 | 9 | 0.09 |
| 27-828 | 58813 | 61300 | 180 | 360 | 7.5 | 9 | 0.12 |
| 29-831 | 58399 | 074820 | 111 | 333 | 15 | 19.5 | 0.18 |
| 32 | 58399 | 074820 | 117 | 117 | 5 | 6.5 | 0.06 |
| 33-834 | 58814 | 076436 | 180 | 360 | 23 | 26 | 0.12 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 42-857 | 58840 | 71455 | 150 | 2400 | 168 | 192 | 0.96 |
| 58-861 | 58840 | 72470 | 300 | 1200 | 32 | 38 | 0.24 |
| 62 | 58840 | 72470 | 284 | 284 | 8 | 9.5 | 0.06 |
| 63  8 | 58840 | 73216 | 348 | 2088 | 69 | 78 | 0.36 |
| 69 | 58840 | 73216 | 312 | 312 | 10 | 11.5 | 0.06 |
| 70-910 | 58381 | 076368 | 114 | 4674 | 246 | 287 | 1.23 |
| 11 | 58381 | 076368 | 150 | 150 | 7 | 8 | 0.03 |
| 12-916 | 58844 | 61102 | 102 | 510 | 45 | 50 | 0.15 |
| 17 | 58844 | 61102 | 90 | 90 | 8 | 9 | 0.03 |
| 18-922 | 58844 | 61102 | 102 | 510 | 45 | 50 | 0.15 |
| 23 | 58844 | 61102 | 90 | 90 | 8 | 9 | 0.03 |
| 24-927 | 58844 | 75854 | 60 | 120 | 18 | 20 | 0.06 |
| 26-927 | 58844 | 75854 | 60 | 120 | 18 | 20 | 0.06 |
| 28-947 | 464 | 072470 | 180 | 3600 | 160 | 180 | 0.6 |
| 18 | 58774 | 74344 | 360 | 360 | 7 | 8 | 0.03 |
| 19-950 | 478 | 74344 | 1024 | 2048 | 29 | 32 | 0.12 |
| 51 | 478 | 74344 | 1020 | 1020 | 14.5 | 16 | 0.06 |
| 52 | 478 | 74344 | 292 | 292 | 5 | 6 | 0.03 |
| 53 | 478 | 74344 | 240 | 240 | 4 | 5 | 0.03 |
| 54-973 | 58781 | 072470 | 160 | 3200 | 180 | 200 | 0.6 |
| 74 | 58781 | 072470 | 161 | 161 | 9 | 10 | 0.03 |
| 75-982 | 58781 | 075089 | 368 | 2944 | 72 | 80 | 0.24 |
| 3 | 58781 | 75089 | 375 | 375 | 9 | 10 | 0.03 |
| 4-986 | 58781 | 075097 | 794 | 2382 | 21 | 25.5 | 0.18 |
| 7 | 58781 | 075097 | 795 | 795 | 7 | 8.5 | 0.06 |
| 8-995 | 58781 | 076308 | 302 | 2416 | 84 | 96 | 0.48 |
| 6 | 58781 | 076308 | 303 | 303 | 10.5 | 12 | 0.06 |
| 7-1011 | 58547 | 074238 | 120 | 1800 | 120 | 135 | 0.45 |
| 12-1013 | 59086 | 073209 | 255 | 510 | 16 | 18 | 0.06 |
| 14-1015 | 59086 | 073209 | 255 | 510 | 16 | 18 | 0.06 |
| 16-1018 | 59289 | 077095 | 400 | 1200 | 21 | 24 | 0.09 |
| 19-1028 | 59288 | 077095 | 920 | 9200 | 135 | 150 | 0.6 |
| 29-1044 | 58748 | 079121 | 120 | 1920 | 112 | 128 | 0.48 |
| 45 | 58748 | 079121 | 80 | 80 | 5 | 6 | 0.03 |
| 46-1049 | 58405 | 076894 | 110 | 440 | 36 | 40 | 0.12 |
| 50-1054 | 58405 | 076894 | 132 | 660 | 50 | 55 | 0.15 |
| 55-1059 | 58405 | 076894 | 132 | 660 | 50 | 55 | 0.15 |
| 60-1063 | 58691 | 75088 | 150 | 600 | 36 | 40 | 0.12 |
| 64-1067 | 58820 | 076240 | 90 | 360 | 44 | 50 | 0.24 |
| 58 | 58820 | 76264 | 360 | 360 | 11.5 | 13 | 0.06 |
| 59 | 58821 | 076227 | 180 | 180 | 2 | 3 | 0.03 |
| 70  1 | 58963 | 073216 | 144 | 288 | 10 | 12 | 0.06 |
| 72-1073 | 58963 | 73216 | 120 | 240 | 8 | 10 | 0.06 |
| 74 | 58811 | 061097 | 54 | 54 | 8 | 9 | 0.022 |
| 75 | 58811 | 072501 | 54 | 54 | 7 | 8 | 0.022 |
| 76 | 58811 | 073867 | 54 | 54 | 7 | 8 | 0.022 |
| 77 | 58811 | 076216 | 57 | 57 | 7 | 8 | 0.022 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 086 | 59188 | 076943 | 15 | 15 | 4 | 5 | 0.015 |
| 087 | 59183 | 72470 | 164 | 164 | 7 | 8 | 0.03 |
| 088 | 59183 | 74452 | 164 | 164 | 8 | 9 | 0.03 |
| 0: | 59183 | 74452 | 164 | 164 | 8 | 9 | 0.03 |
| 090 | 59111 | 076943 | 66 | 66 | 11 | 12 | 0.03 |
| 091 | 59111 | 075156 | 48 | 48 | 7 | 8 | 0.03 |
| 092 | 58817 | 73390 | 140 | 140 | 18 | 19. 5 | 0.06 |
| 093-1094 | 58817 | 73390 | 96 | 192 | 22 | 24 | 0.06 |
| 095 | 58817 | 73390 | 88 | 88 | 11 | 12 | 0.03 |
| 096 | 58812 | 76057 | 360 | 360 | 10 | 11 | 0.03 |
| 097-1098 | 58372 | 076097 | 220 | 440 | 10 | 12 | 0.06 |
| 099-1100 | 58372 | 076097 | 220 | 440 | 10 | 12 | 0.06 |
| 101-1102 | 58368 | 074452 | 176 | 352 | 16 | 18 | 0.06 |
| 103 | 58368 | 074452 | 177 | 177 | 8 | 9 | 0.03 |
| 104-1105 | 58368 | 61106 | 176 | 352 | 10 | 13 | 0.12 |
| 106 | 58368 | 61106 | 177 | 177 | 5 | 6. 5 | 0.06 |
| 107 | 58368 | 75400 | 265 | 265 | 9 | 10 | 0.03 |
| 108 | 58368 | 75400 | 264 | 264 | 9 | 10 | 0.03 |
| 109-1110 | 58368 | 75945 | 176 | 352 | 22 | 24 | 0.06 |
| 111 | 58368 | 75945 | 177 | 177 | 11 | 12 | 0.03 |
| 112-1113 | 58368 | 76216 | 176 | 352 | 20 | 22 | 0.06 |
| 114 | 58368 | 76216 | 177 | 177 | 10 | 11 | 0.03 |
| 11   116 | 465 | 075944 | 264 | 528 | 29 | 32 | 0.12 |
| 117 | 465 | 075944 | 284 | 284 | 15. 5 | 17 | 0.06 |
| 118-1123 | 465 | 075944 | 180 | 1080 | 66 | 72 | 0.18 |
| 124 | 465 | 075944 | 268 | 268 | 14 | 15 | 0.06 |
| 125 | 465 | 075944 | 240 | 240 | 14 | 15 | 0.06 |
| 126-1128 | 58867 | 075022 | 300 | 900 | 33 | 36 | 0.09 |
| 129 | 58867 | 075022 | 303 | 303 | 11 | 12 | 0.03 |
| 30-1134 | 58867 | 075085 | 444 | 2220 | 85 | 92. 5 | 0.3 |
| 35 | 58867 | 075085 | 438 | 438 | 17 | 18. 5 | 0.06 |
| 36-1137 | 59403 | 077254 | 600 | 1200 | 14 | 16 | 0.06 |
| 38-1153 | 59402 | 077254 | 600 | 9600 | 112 | 128 | 0.48 |
| 54 | 59057 | 075084 | 48 | 48 | 3 | 4 | 0.022 |
| 55 | 59057 | 076227 | 24 | 24 | 1 | 2 | 0.022 |
| 56 | 59057 | 075944 | 96 | 96 | 8 | 9 | 0.022 |
| 57 | 58869 | 075915 | 285 | 855 | 24 | 28. 5 | 0.18 |
| 60 | 58869 | 075915 | 291 | 291 | 8 | 9. 5 | 0.06 |
| 61-1162 | 58843 | 76398 | 180 | 360 | 20 | 23 | 0.12 |
| 63-1166 | 58843 | 61102 | 90 | 360 | 32 | 36 | 0.12 |
| 67 | 58843 | 72470 | 120 | 120 | 5 | 6 | 0.03 |
| 68   69 | 58903 | 075549 | 120 | 240 | 14 | 16 | 0.06 |
| 70-1172 | 58903 | 61097 | 80 | 240 | 33 | 36 | 0.09 |
| 73-1175 | 58903 | 31283 | 108 | 324 | 24 | 27 | 0.09 |
| 76-1177 | 58903 | 73390 | 120 | 240 | 24 | 26 | 0.06 |
| 78 | 58903 | 75494 | 144 | 432 | 39 | 42 | 0.09 |
| 81 | 58903 | 75818 | 240 | 240 | 5 | 6 | 0.03 |

| 194-1200 | 59072 | 61140 | 108 | 756 | 63 | 70 | 0.42 |
|---|---|---|---|---|---|---|---|
| 201 | 59072 | 61140 | 108 | 56 | 63 | 70 | 0.42 |
| 202-1204 | 59072 | 076398 | 204 | 612 | 33 | 37.5 | 0.18 |
| 2 | 59072 | 076368 | 181 | 181 | 8.5 | 10 | 0.06 |
| 206 | 59072 | 75651 | 276 | 276 | 10.5 | 12 | 0.06 |
| 207 | 59072 | 75651 | 261 | 261 | 10.5 | 12 | 0.06 |
| 208-1214 | 59072 | 61283 | 116 | 812 | 42 | 52.5 | 0.42 |
| 215-1217 | 59072 | 75086 | 204 | 612 | 45 | 48 | 0.09 |
| 218 | 59072 | 75086 | 200 | 200 | 15 | 16 | 0.03 |
| 219 | 59072 | 75927 | 312 | 312 | 11.5 | 13 | 0.06 |
| 220 | 59072 | 75927 | 300 | 300 | 11.5 | 13 | 0.06 |
| 221-1222 | 59072 | 74119 | 180 | 360 | 16 | 18 | 0.06 |
| 223 | 59072 | 74119 | 177 | 177 | 8 | 9 | 0.03 |
| 224 | 59072 | 75400 | 312 | 312 | 12 | 13 | 0.03 |
| 225 | 59072 | 75400 | 300 | 300 | 12 | 13 | 0.03 |
| 226-1228 | 59072 | 75088 | 204 | 612 | 36 | 39 | 0.09 |
| 229-1231 | 59072 | 70766 | 204 | 612 | 30 | 33 | 0.09 |
| 232 | 59072 | 70766 | 200 | 200 | 10 | 11 | 0.03 |
| 233-1236 | 59072 | 72567 | 180 | 720 | 50 | 56 | 0.24 |
| 237 | 59072 | 72567 | 92 | 92 | 6 | 7 | 0.03 |
| 238-1243 | 59072 | 61102 | 104 | 624 | 48 | 54 | 0.18 |
| 244 | 59072 | 61102 | 88 | 88 | 6 | 7 | 0.03 |
| 24  248 | 59072 | 61102 | 120 | 480 | 44 | 48 | 0.12 |
| 249 | 59072 | 61102 | 132 | 132 | 11 | 12 | 0.03 |
| 250-1253 | 59072 | 61102 | 120 | 480 | 44 | 48 | 0.12 |
| 254 | 59072 | 61102 | 132 | 132 | 11 | 12 | 0.03 |
| 255-1258 | 59072 | 61300 | 168 | 672 | 32 | 36 | 0.12 |
| 259 | 59072 | 61300 | 140 | 140 | 7 | 8 | 0.03 |
| 260-1262 | 59072 | 73867 | 204 | 612 | 36 | 39 | 0.09 |
| 263 | 59072 | 75614 | 408 | 408 | 7 | 8.5 | 0.06 |
| 264 | 59072 | 75614 | 404 | 404 | 7 | 8.5 | 0.06 |
| 265-1266 | 59072 | 74124 | 306 | 612 | 20 | 22 | 0.06 |
| 267-1268 | 59072 | 74124 | 306 | 612 | 20 | 22 | 0.06 |
| 269-1270 | 59072 | 74802 | 356 | 712 | 18 | 20 | 0.06 |
| 271-1277 | 59072 | 74923 | 92 | 644 | 56 | 63 | 0.21 |
| 278 | 59072 | 74923 | 68 | 68 | 5 | 6 | 0.03 |
| 279-1281 | 59072 | 74923 | 152 | 456 | 24 | 27 | 0.09 |
| 82 | 59072 | 74923 | 156 | 156 | 8 | 9 | 0.03 |
| 83 | 59072 | 74377 | 308 | 308 | 5.5 | 7 | 0.06 |
| 84 | 59072 | 74377 | 304 | 304 | 5.5 | 7 | 0.06 |
| 85-1288 | 59072 | 75168 | 144 | 576 | 30 | 36 | 0.24 |
| 89 | 59072 | 75168 | 136 | 136 | 7.5 | 9 | 0.06 |
| 90 | 59072 | 72225 | 312 | 312 | 11.5 | 3 | 0.06 |
| 91 | 59072 | 72225 | 300 | 300 | 11.5 | 3 | 0.06 |
| 92 | 59072 | 72225 | 360 | 360 | 15.5 | 17 | 0.06 |
| 93 | 59072 | 72225 | 352 | 352 | 15.5 | 17 | 0.06 |
| 94-1297 | 59072 | 75125 | 108 | 432 | 50 | | 0.24 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 315 | 58901 | 075125 | 114 | 114 | 11.5 | 13 | 0.06 |
| 316-1320 | 58901 | 075125 | 135 | 675 | 67.5 | 75 | 0.3 |
| 321 | 58901 | 075125 | 111 | 111 | 11.5 | 13 | 0.06 |
| 3 327 | 58901 | 75125 | 129 | 774 | 78 | 87 | 0.36 |
| 328 | 58901 | 75125 | 102 | 102 | 10 | 11.5 | 0.06 |
| 329-1342 | 58901 | 75125 | 135 | 1890 | 189 | 210 | 0.84 |
| 343 | 58901 | 75125 | 144 | 144 | 13.5 | 15 | 0.06 |
| 344-1345 | 58212 | 072506 | 123 | 246 | 16 | 18 | 0.044 |
| 346 | 58212 | 074405 | 258 | 258 | 4 | 5 | 0.022 |
| 347 | 58212 | 074453 | 282 | 282 | 12 | 13.5 | 0.06 |
| 348-1349 | 58212 | 076041 | 165 | 330 | 12 | 13.5 | 0.06 |
| 350-1355 | 58909 | 075084 | 159 | 954 | 54 | 60 | 0.18 |
| 356 | 58909 | 075084 | 165 | 165 | 9 | 10 | 0.03 |
| 357-1372 | 58909 | 76234 | 66 | 1056 | 112 | 128 | 0.576 |
| 373 | 58909 | 76234 | 63 | 63 | 7 | 8 | 0.036 |
| | | | | | | | |
| | | | | 249846 | 12620 | 14954.5 | 58.323 |
| TOTAL:1373CTNS | | | | | | | |
| PALLET | | | | | STYLE PLUS | | |
| SIGNATURE | | | | | CINDY | | |