JUDGE PATTERSON

Kenneth I. Schacter
Derek Care
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022
Telephone: 212.705.7000
Facsimile: 212.752.5378
kenneth.schacter@bingham.com

*Attorneys for Plaintiff Ballet Jewels LLC*

**08 CV 4904**



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

BALLET JEWELS LLC,

                Plaintiff,

-against-

UT FREIGHT SERVICE (USA) LTD. and
UT FREIGHT FORWARDERS LTD.,

                Defendants.

08 Civ. _____

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff Ballet Jewels LLC states that it has no corporate parents, affiliates and/or subsidiaries that have any outstanding securities in the hands of the public, has no publicly held stock, and no publicly held company owns more than 10% of its stock.

Dated: New York, New York
        May 28, 2008

BINGHAM McCUTCHEN LLP

By: _____
    Kenneth I. Schacter
    Derek Care
399 Park Avenue
New York, NY 10022
Telephone: 212.705.7000
Facsimile: 212.752.5378
kenneth.schacter@bingham.com

*Attorneys for Plaintiff Ballet Jewels LLC*

A/72544034.1