BINGHAM MCCUTCHEN LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BALLET JEWELS LLC,

                Plaintiff,

-against-

UT FREIGHT SERVICE (USA) LTD. and UT FREIGHT
FORWARDERS LTD.,

                Defendants.
-----------------------------------------------------------------X

Case No.: 08 CV 4904 (Patterson)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF NEW YORK  )

      **JOSE OQUENDO,** being duly sworn, deposes and says:

      1.     That I am not a party to this action, am over eighteen years of age and reside in the State of New York;

      2.     That on May 29, 2008, at approximately 11:42 a.m., I personally served by hand a true and correct copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT along with Exhibits "A-B", CIVIL COVER SHEET, Individual Practices of Judge Robert P. Patterson, Jr., Individual Rules of Practice of Judge Kevin Nathaniel Fox,** all upon **UT FREIGHT SERVICE (USA) LTD.,** by Personal Delivery, via Mr. Frankie Fong, who himself as the "General Manager" as well as being authorized, as Agent to accept service on behalf of UT Freight Service (USA) Ltd., which service was effected at his actual place of business indicated below:

                UT FREIGHT SERVICE (USA) LTD.
                161-15 Rockaway Boulevard / Suite 219
                Jamaica, New York 11434

      3.     **Mr. Frankie Fong** can be best described as:

Asian Male - White skin - Black hair – Brown eyes - Approximately 44 - 55 years of age - 5'7" – 5'11" and 155 - 195 lbs.

Dated:  May 29, 2008
             New York, New York

                                                   JOSE OQUENDO
                                                 License No.: 1154641

Sworn to before me on this the 29th day of May 2008.

_____
NOTARY PUBLIC

JENIQUE TORRES
Notary Public, State of New York
No. 01TO6092182
Qualified in New York County
Commission Expires May 12, 2011

---

**RAPID & RELIABLE ATTORNEY SERVICE, CORP.**
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 3265
NEW YORK, NEW YORK 10008
212-608-1555

*"We've built our reputation on your satisfaction"*