Michael A. Calano, Esq.
**CALANO & CULHANE, LLP**
370 Lexington Avenue, Suite 1200
New York, New York 10017
Tel. No: (212) 685-3500
Facsimile: (914) 946-6000
mcalano@cclawny.com

*Attorneys for the Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
BALLET JEWELS, LLC,

       Plaintiff,

   -against-

UT FREIGHT SERVICE (USA) LTD., and
UT FREIGHT FORWARDERS LTD,

       Defendants.
-------------------------------------------------------------------x

**RULE 7.1
STATEMENT**

08 CV 4904

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal Defendants, UT FREIGHT SERVICE (USA) LTD., and UT FREIGHT FORWARDERS LTD, states that they have no corporate parents, affiliates and/or subsidiaries that have any outstanding securities in the hands of the public, have no publicly held stock, and no publicly held company

owns more than 10% of their stock.

Dated:  New York, New York
        July 8, 2008

_____
**MICHAEL A. CALANO**
**SDNY Bar Code: MC 3484**
CALANO & CULHANE, LLP
Attorneys for the Defendants
370 Lexington Avenue, Suite 1200
New York, New York 10017
Tel. No: (212) 685-3500

TO:

Bingham McCutchen, LLP
Attorneys for the Plaintiff
399 Park Avenue
New York, New York 10022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BALLET JEWELS, LLC,

                Plaintiff,

-against-                                          **VERIFIED ANSWER**

UT FREIGHT SERVICE (USA) LTD., and         08 CV 4904
UT FREIGHT FORWARDERS LTD,

                Defendants.
------------------------------------------------------------------x

**RULE 7.1 STATEMENT**

# CALANO & CULHANE, LLP
## Attorneys for Defendants

370 Lexington Avenue, Suite 1200
New York, New York 10017
Tel. No: (212) 685-3500
Fax No: (914) 946-6000

SERVICE OF A COPY OF THE
WITHIN IS HEREBY ADMITTED:

Dated: