PATTERSON, J

06/26/2008 THU 8:44 FAX                                                          ☒002/002

Michael A. Calano, Esq.
**CALANO & CULHANE, LLP**
370 Lexington Avenue, Suite 1200
New York, New York 10017
Tel. No: (212) 685-3500
Facsimile: (914) 946-6000
mcalano@cclawny.com
*Attorneys for the Defendants*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
BALLET JEWELS, LLC,

                Plaintiff,                **STIPULATION**

    -against-

UT FREIGHT SERVICE (USA) LTD., and              08 CV 4904 (RPP)
UT FREIGHT FORWARDERS LTD,

                Defendants.
--------------------------------------------------------x

S I R S:

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys of record for the plaintiff, BALLET JEWELS, LLC, and the attorneys for the defendants, UT FREIGHT SERVICE (USA) LTD., and UT FREIGHT FORWARDERS LTD., that the time for said defendants to appear, answer or otherwise move with respect to the Summons and Complaint is extended until July 8, 2008.

Dated: New York, New York
         June 24, 2008

_____                       _____
**KENNETH I. SCHACTER**                       **MICHAEL A. CALANO**
BINGHAM McCUTCHEN, LLP                         CALANO & CULHANE, LLP
Attorneys for the Plaintiff                    Attorneys for the Defendants
399 Park Avenue                                370 Lexington Avenue, Suite 1200
New York, New York 10022                       New York, New York 10017
Tel. No: (212) 705-7487                        Tel. No: (212) 685-3500

1

So ordered

_____
7/14/08