Michael A. Calano, Esq.
**CALANO & CULHANE, LLP**
370 Lexington Avenue, Suite 1200
New York, New York 10017
Tel. No: (212) 685-3500
Facsimile: (914) 946-6000
mcalano@cclawny.com
*Attorneys for the Defendants*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BALLET JEWELS, LLC,

                 Plaintiff,       **STIPULATION**

   -against-

UT FREIGHT SERVICE (USA) LTD., and     08 CV 4904
UT FREIGHT FORWARDERS LTD,

                 Defendants.
--------------------------------------------------------------x

SIRS:

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys of record for the plaintiff, BALLET JEWELS, LLC, and the attorneys for the defendants, UT FREIGHT SERVICE (USA) LTD., and UT FREIGHT FORWARDERS LTD., that:

    1.    The defendants, UT FREIGHT SERVICE (USA) LTD., and UT FREIGHT FORWARDERS LTD., hereby withdraw the counter-claims set forth in their Answer and will rely instead upon its Complaint in Matter No: 08 CIV 5002; and

1

JUL-11-2008 09:57   BINGHAM MCCUTCHEN LLPP                                P.03

07/10/2008 THU 14:30 FAX                                                 ⌀004/004

2. The defendants, UT FREIGHT SERVICE (USA) LTD., and UT FREIGHT FORWARDERS LTD., hereby withdraw its Discovery & Inspection requests at this time and will renew said requests at the appropriate time pursuant to Rule 26 of the Federal Rules of Civil Procedure.

Dated: New York, New York
       July 10, 2008

_____          _____
KENNETH I. SCHACTER                      MICHAEL A. CALANO
BINGHAM McCUTCHEN, LLP                   CALANO & CULHANE, LLP
Attorneys for the Plaintiff              Attorneys for the Defendants
399 Park Avenue                          370 Lexington Avenue, Suite 1200
New York, New York 10022                 New York, New York 10017
Tel. No: (212) 705-7487                  Tel. No: (212) 685-3500

So ordered

[signature]
USDJ
7/14/08

2

TOTAL P.03